FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2015 NOV 25 AM 11: 32

CLERK_____
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT
Southern District of Georgia
Waycross Division

UNITED STATES OF AMERICA
v.
Willie Lee Gardner

) JUDGMENT IN A CRIMINAL CASE
) (For Revocation of Probation or Supervised Release)
)
) Case Number: 5:06CR00010
)
) USM Number: 12767-021
)
) Bryant H. Bower, Jr.
)    Defendant's Attorney

**THE DEFENDANT:**

☒ admitted guilt to violation of mandatory conditions of the term of supervision.

☐ was found in violation of conditions(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these offenses:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The defendant failed to refrain from unlawful use of a controlled substance (mandatory condition). | February 1, 2015 |
| 2 | The defendant failed to refrain from unlawful use of a controlled substance (mandatory condition). | February 9, 2015 |
| 3 | The defendant failed to refrain from unlawful use of a controlled substance (mandatory condition). | March 17, 2015 |
| 4 | The defendant failed to refrain from unlawful use of a controlled substance (mandatory condition). | April 18, 2015 |

The defendant is sentenced as provided in pages 2 through _2_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec: 3838

Defendant's Year of Birth: 1962

City and State of Defendant's Residence:

Waycross, Georgia

November 23, 2015
Date of Imposition of Judgment

_/s/_
Signature of Judge

William T. Moore, Jr.
Judge, U.S. District Court
Name and Title of Judge

Nov. 23, 2015
Date

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: __8 months.__

☒ The court makes the following recommendations to the Bureau of Prisons:
It is recommended that the defendant receive credit for all time served since his arrest.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL